UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK FARMER,
D.O.C. # 094399,
    Plaintiff,

vs.                                Case No.:  4:24cv387/MCR/MAF

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 7, 2025. (Doc. 8). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 8) is adopted and incorporated by reference in this order.

1

      2.      This case is **DISMISSED** for failure to prosecute and failure to comply with a Court Order.

      3.      The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**